# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

130496 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

RYAN JAMES STEWART,
            Defendant-Appellant.

SC: 130496
COA: 262554
Oakland CC: 2001-178753-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

p0406